U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: 05/17/2022
KEVIN P. WEIMER, Clerk
By: /s/Sonya Lee Coggins
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2019R00111)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:22-CR183
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment     Information     Magistrate's Complaint
DATE: May 17, 2022     DATE:     DATE:

UNITED STATES OF AMERICA
vs.
JOHN W. OXENDINE

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?     Yes    X No
Will the defendant be arrested pending outcome of this proceeding?     Yes    X No
Is the defendant a fugitive?     Yes    X No
Has the defendant been released on bond?     Yes    X No

Will the defendant require an interpreter?     Yes    X No

District Judge:

Attorney: Christopher J. Huber
Defense Attorney: