U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: 05/17/2022
KEVIN P. WEIMER, Clerk
By: /s/Sonya Lee Coggins
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

John W. Oxendine

**Agent to Arrest**

Indictment/Information

1:22-CR183

UNDER SEAL

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Christopher J. Huber
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED TO U.S. MARSHALL
5/18/2022
BY: DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94