*Law Office of*

# ALAN E. LUBEL, P.C.
### ATTORNEY AT LAW

June 7, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia,
75 Ted Turner Drive SW,
Atlanta, GA 30303

Re: John W. Oxendine

Dear Judge Jones,

I am writing, with heavy heart, to share with you my knowledge and experience of the character of Mr. John W. Oxendine.

I have known John for decades, first during my almost fifty years as a practicing lawyer as he honorably served the State of Georgia as Insurance Commissioner, and then as a personal friend.

While John served as Insurance Commissioner for sixteen years, I represented clients in numerous matters that came before his office or that were effected by his decisions. Whether John ruled for or against my clients, I always believed that his decisions and policies were fair and reasoned and in the best interests of the citizens and businesses of the State of Georgia. If anything, John favored ordinary working-class people. And, of course, like many Georgians I pay car insurance which John always tried to keep affordable.

Over the years I became personally acquainted with John as a friend. He always showed sincere interest and concern for my wellbeing and that of my family. John would reach out to congratulate me when we experienced a significant milestone or console us when we suffered a misfortune.

And I supported John's candidacy for Governor of the State of Georgia. While ultimately, he was not successful in that effort, the early support that John had from throughout the State of Georgia I believe was a testament to the good work that he had done for the citizens of the State of Georgia as a public servant.

1

I am happy to provide additional information or answer any questions that the Court may have concerning my interactions with John Oxendine which were always positive.

Respectfully yours,

Alan E. Lubel

Honorable Steve Jones
U.S. District Court
Northern District of Georgia
75 Ted Turner Drive SW, Atlanta Ga.

Honorable Judge Jones,

I am writing to you on behalf of John Oxendine, whom I've known for over 20 years, my name is Alan Shuman, former Fire Chief for the City of Riverdale, Ga., former Chief State Fire Marshal of Georgia and current Fire Chief of Barrow County Fire Department.

In 2000, John Oxendine appointed me to the position of the Georgia State Fire Marshal, Mr. Oxendine and I worked very hard as a team to reduce the number of fire deaths across the state of Georgia. During the 90's the state of Georgia was seeing almost 200 fire deaths a year. As a team we worked to assist local fire department by networking with over 600 fire departments to provide them the educational resource to reduce the number of fire deaths, whether from accidental fires or intentionally set fires. We built coalitions across the state to better support the local fire departments. The actions taken reduced the fire deaths in Georgia to below 100 within 2 years, actually one year the fire death were 68 deaths.

John Oxendine, spent many days on the road talking with many of the local civic originations across the state brought attention to the issue of fire safety. As the Safety Fire Commissioner he participated in several state wide associations, to understand the full issues of living fire safe. His work reduced the number of fire death statewide.  I would hope his work as Safety Fire Commissioner would be recognized during the process.

Thank You
Alan Shuman



**Alan Shuman**
*Chief of Department*
Barrow County Fire Department
222 Pleasant Hill Ch. Rd. NE
Winder, GA 30680
Office: 770.307.2987 x3774
www.barrowga.org

**Alan Rasof**
2546 Hunters Run Way
Weston, Florida 33327

May 30, 2024

To: The Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW Atlanta, GA 30303

Re: Character Reference for Court

Dear Judge Jones:

My name is Alan Rasof, and I am writing in reference to case which involves John Oxendine.

I have known John Oxendine for fifteen years, and we are friends. I believe I am in a position to speak about John's family values, so I hope you will take this letter into account when making your decision.

John Oxendine is, in short, a good person. John has always been kind and generous to his family, friends and others. John has a strong sense of loyalty, which applies to his family and friends.

I am an insurance consultant and licensed insurance broker based out of Weston, Florida doing business throughout the United States. Over the years, I have often needed John's assistance and advice. He has also been eager to introduce me to his friends and business contacts to help me advance on various business opportunities.

In addition to our business relationship, John and I have become personal friends. My personal life is complicated by the fact that my wife and I are the primary caregivers for our special needs grandson, Elijah. John has always taken a strong personal interest in Elijah's health and well-being. I have often called on for counsel and advice regarding personal matters for which he has always been eager to assist and has not bothered to charge me for his time. When it comes to John, it is not about money, it is about friends helping friends.

It must be difficult for you to make decisions like this when you do not actually know the person standing in front of you, but I can tell you without reservation that John is a person who has always cared about helping others and has shown undying loyalty to his friends.

Sincerely,

Alan Rasof

May 22, 2024

Hon. Steve Jones
U.S. District Court for the Northern
District of Georgia
75 Ted Turner Dr. SW
Atlanta, GA 30303

Re:  John Oxendine

Dear Judge Jones:

I am a 40 year member of the State Bar of Georgia.  I have known John Oxendine since the 1990s, and knew his father, a long time Gwinnett County Superior Court Judge. I practiced law in Gwinnett County my entire career.  The Oxendine family has a long history of public service in Gwinnett County and across the state.

My first dealings with John were when he was serving as insurance commissioner.  I was serving as a U.S. Justice Dept. Chapter 7 Bankruptcy Trustee and was appointed Trustee for a petroleum company reseller in Henry County.   During the case, we discovered a public/hazardous situation with the illegal storage of fuel and we had to pursue emergency recourse in Bankruptcy Court to stop the situation.  We became aware that fire threats fell under the jurisdiction of the Insurance Commissioner and we contacted Commissioner Oxendine's office and were able to deal with him personally.  The Bankruptcy Court then held an emergency hearing going into a holiday weekend and Commissioner Oxendine had a high level department employee inspect the situation and then attend the hearing and testify to support our efforts to shut down the operation.   The Court granted the motion and the situation was rectified, with the public being protected.  Through this process, we were impressed with the hands on responsiveness of Mr. Oxendine and his staff.

When Mr. Oxendine left office and entered private practice he contacted our office periodically with questions about bankruptcy matters that may effect his clients.   He always presented himself as concerned about his clients and showed a desire to seek input from others that may have an expertise  in a practice area different than his own.

In later years, I became aware John and I belonged to the same social club and I would run into him and his wife and son from time to time.   In seeing them together as a family, it was obvious John has a strong relationship with his family and seems to be a true family man.

I have not followed the details of John's current situation.  But I do understand he has taken full responsibility for his actions and seeks to remediate himself and move forward.

Very truly yours,

Albert F. Nasuti
Attorney at Law
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

 **The Future of Pain Relief** 

May 3, 2024

Honorable Steve Jones
U.S. District Court
Northern District of Georgia
75 Ted Turner Drive SWW
Atlanta, GA  30303

Dear Honorable Judge Jones,

I am writing on behalf of John Oxendine as a personal and professional reference.  John and I met in a social situation not long before he ran for Insurance Commissioner.  We became friends and I helped him as I could with his campaign.  I have been a physician in Atlanta for over 35 years.  I was an Associate Professor at Emory University in the departments of Anesthesiology and Orthopedics for 16-1/2 years.  Since then, has been in private practice primarily in Buckhead and Brookhaven. I am Chief Medical Officer of a large group of physicians practicing interventional pain management with 20 offices across North Georgia.  While I was at Emory, I was also program director for the pain management fellowship program for 10 years.  I have evaluated and hired many resident physicians, fellows, and practicing physicians over the last 25 years.  I have experience evaluating both their personal and professional lives.  Given my years of administrative experience, I think I am a fairly good judge of character.

I have been friends with John for over 10 years and have professionally interacted with him while he was insurance commissioner and as a consultant thereafter.  John has always been very honest with me and gave us good guidance in dealing with insurance company issues, which are difficult to navigate in Georgia.  He has given invaluable advice to healthcare professionals and patients regarding problem getting insurance companies to pay valid claims.

I have had personal interactions with John and his family with at our country clubs, his house, and hunting quail and pheasant together here in Georgia.  He has always been gracious, honest, friendly and dependable.  I found him to be an upstanding person.  I know little or nothing about the charges against him.  However, I do know that everyone makes mistakes.  I think John has a good heart and will learn from his mistakes and be a better person.  Whatever the outcome, I fully support him and his family in the future.  If you have any questions please contact me.

Sincerely,

Allen H. Hord, MD
Chief Medical Officer
Alliance Spine and Pain Centers



**BOB BARR, President**
**(Member of Congress, 1995-2003)**

May 6, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

IN RE:  <u>John Oxendine</u>

Dear Judge Jones:

I write this letter in behalf of Mr. John Oxendine.

I have known Mr. Oxendine for more years than I can recall, but at least
back to the waning years of the last century, primarily through our mutual
interests in politics.

While I am not familiar with the details of the case that brings Mr.
Oxendine before Your Honor, I respectfully relate to the Court that
throughout the many years I have known Mr. Oxendine (before, during,
and following his elected public service), I have always found him to be
personable, professional, and considerate and caring of those with whom
he comes into contact, whether as a private citizen or, more importantly,
in his former capacity as a public official.

Respectfully,

BOB BARR
Member of Congress, 1995-2003



ATLANTA • CHICAGO • PHOENIX

June 17, 2024

Marissa Goldberg
The Findling Law Firm
3575 Piedmont Road NE
Suite 1010
Atlanta, GA 30305

To Whom It May Concern:

I am writing this letter on behalf of John Oxendine.  I've known John since 2018 when he and his wife Ivy purchased a lot in our neighborhood in Florida.  We were in the process of building our house, and I met the Oxendine's at our annual HOA meeting.  We had a need for volunteers on the board, and Ivy immediately offered to join with John's support and encouragement.  Since then John has also been on the board donating his time and expertise to our neighborhood.

We learned that they also had a house in Atlanta up the road from our house in Johns Creek.  The Oxendine's invited us to their house and were kind and gracious hosts.  We have enjoyed getting to know them and their family for the last several years.

Three things strike me about John in addition to his outgoing and ever-friendly personality.  First, I have a boat and enjoy fishing.  I offered to have John join me on a trip.  I thought it notable that John would not go on the trip without his son, Jake.  On the trip, John spent most of the time helping his son work out how to handle the rod and reel, etc.  The trip wasn't about what fun he might have, but rather that his son would have a good experience.

Next is that John is a true patriot and American.  Their house at the beach is always heavily decorated for the 4th of July and other holidays.  John spent many years as a politician, so his love and commitment to our country is very evident.

The last recollection ties into the previous – every 4th of July John spends a large sum purchasing fireworks to celebrate the holiday.  Most of the neighborhood along with other people up and down the beach enjoy the generous show that John puts on.

In closing, John has been a kind, outgoing, generous, and thoughtful neighbor and friend, and I'd be happy to talk with anyone further if wanted or needed.

Sincerely,


Brad Falberg
320 Falls Point Trail
Johns Creek, GA 30022
678 642 1886



DR. BRADFORD PIZZA

TEL. (404) 761-6200

3284 DOGWOOD DRIVE ·HAPEVILLE, GEORGIA 30354

April 24, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

**Re: Character Reference – John Oxendine**

Dear Honorable Jones:

I am writing this letter on behalf of Mr. John Oxendine. I am Dr. Bradford J. Pizza, a chiropractor in Hapeville, GA for the past 40 years. I have known John on a professional and personal level for at least 20 years.

As president and past president of the Georgia Chiropractic Council, I have had the occasion of working with Mr. Oxendine at the State Capitol as our insurance commissioner and on a legislative capacity when introducing legislation for our chiropractic scope of practice bill.

I have always found him to have extremely clear insight and values when dealing with these matters. His judgement and insight helped craft legislation that was passed by the Georgia General Assembly.

On a personal and social level, I have found Mr. Oxendine to be kind and gracious in all of our encounters. He has also been a friend to help give guidance to colleges' who needed advice in legal matters.

In closing, Mr. Oxendine has been a true ally to our chiropractic profession in Georgia when that was not always a popular position to take but he rose to the occasion and lent his support.

Sincerely,

Bradford J. Pizza, D.C., FICA

Caroline Clark
111 Stonehill Drive
Forsyth, Ga 31029

May 31, 2024

Re: John Oxendine

To: The Honorable Judge Steve Jones

While the circumstances under which I write to you sadden me, the subject brings me great gratitude in my reflection. Writing on behalf of John's character will be easy for me, and I hope I can give you an endearing glimpse into his person.

John married my mom, Ivy, when I was four years old. I do not remember a life without three parents, and I consider myself lucky for it. John went from a father of one to a father of three overnight, and while I don't recall making that transition easy for him, he certainly handled it with determination. He made sure we knew we were loved and taken care of by him always, whether we reciprocated that daily or not. The groanings and the struggles of a typical blended family were present in our home. They came and went with different seasons and ages, but his care, concern, and will to make it work and make it happy always remained. He has worked to win my heart and favor for as long as I can remember. He seeks to serve and love us, the children that do not biologically belong to him, whenever we're in his home and always has.

As children, John wanted us to always learn and experience the things that added value to his life. It excited him to take us all over the country and the world. It excited him to teach us and expand our worldviews. He took many of these trips with us, solo, a little fact that blows me away as a parent now. Boston, New York, San Francisco, Florida Keys, Switzerland - if he was going, he wanted us right there with him. John looked forward to these trips every year. They were a time when we could step into his world and see what made him tick - his work, his passions for history, learning, exploring, and food. Time spent with each of us outside of the routines of home, school, and work made him and us happy and grateful. Although he loved to invite us into his world, he was always quick to step into our world, too. John was the first to jump in a cold pool to play with us, sweat for hours in the backyard on the trampoline, or start up a game of kickball. He delighted in playing in our world. He let himself go and let himself enjoy the simplicity of play, another fact that as a parent now blows me away. He was and is our fun parent, don't tell my mom.

As adults, John anticipates our trips and visits home from when we plan them until we reach his doorstep. He still delights in our presence and seeks to serve. He makes sure all of our current favorites are stocked in the pantry. He wakes up earlier than us to make the breakfast and cappuccino of our choosing. For my mom and me, he hops in the car before we wake up and runs down to the Quick Trip to ensure we both wake up with a fountain Diet Coke because we've both stated they are remarkably better than bottled or canned. He doesn't dispute that or

ignore that, he indulges that. It's a small example of the consistent servant leadership in our home. As a grandfather now, he is tirelessly doting and affectionate, always stepping into the world of carefree play to spend time and connect with my daughter. When we visit, he's the one setting up a perfect beach day for her, the one making sure she has her favorite things to play with, eat, or drink, the one to read the same book for the fifth time, or put on her favorite movie and watch it with her.

John's character is overwhelmingly loving. He is a servant. He aims to serve and please us every day that he wakes up. I know these next months will be devastating for all of us without him in our homes, but we look forward to welcoming him home and learning all that this experience teaches him. We're praying that this experience isn't wasted and that John, a willing learner, and a generous sharer, will learn and share a deeper understanding of the sustaining, forgiving nature of God who always carries our family.

Be blessed, Your Honor,
Caroline Clark



**DAVID DAVOUDPOUR**
CHAIRMAN & CEO

Office: (404) 239-0808
david@shoneys.com

June 7, 2024

**Honorable Steve Jones**
US District Court for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303

RE:     John Oxendine

Dear Judge Jones:

I am writing on behalf of John W. Oxendine, whom I have had the pleasure of knowing for several decades. My name is David Davoudpour, and I am an Atlanta businessman and the CEO of Shoney's Companies, a restaurant chain located primarily in the Southeast United States. I have been a proud member of the Atlanta business community since the 1980s and strongly support and believe in the American judicial system.

I first met John in the 1990s at a community event, and our relationship has grown over the years through various professional and personal interactions. I am also acquainted with his wife, Ivy, whom John supported through law school, his son, J.W., who is now married with children of his own, and their son Jake, who is 13, along with his stepchildren. John has always been a devoted family man, deeply involved in the lives of his wife, children, and grandchildren.

Throughout our many years of acquaintance, I have known John to be a fair-minded individual who is committed to serving others. As the former Georgia Insurance Commissioner, John worked diligently to protect the interests of Georgia's citizens and policyholders. His tenure was marked by his unwavering dedication to ensuring that the insurance industry operated fairly and justly.

One particular instance that stands out in my mind is when John assisted me with an insurance claim for the diminution of value of a building I owned in Buckhead. The building had been damaged due to adjacent construction activity, and the insurance companies did not honor my claim. John took a firm stand against these deep-pocketed insurers, directing them to pay my diminished value claim. His directive was later upheld by the Georgia Supreme Court and enshrined in Georgia law, ensuring fair treatment for many others in similar situations, and highlighting his commitment to fairness and justice.

Throughout the decades I have known John, he has consistently upheld the interests of the citizens of Georgia. His actions and decisions have always reflected a deep sense of public service and fairness. John's dedication and willingness to stand up for what is right are qualities that have earned him my utmost respect and admiration. His commitment to his family, his community, and his work are exemplary.

Thank you for your time and consideration.

Sincerely,

David Davoudpour
Chairman & CEO

255 Paces Ferry Road   |   Suite 300   |   Atlanta, GA 30305

David Fincher
3344 Forestwood Drive, SW
Suwanee, Georgia 30024

May 13, 2024

The Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

RE: Character Reference for John Oxendine

Dear Judge Jones,

By way of introduction, I am a longtime metro-Atlanta educator, having joined Greater Atlanta Christian School in Norcross, Georgia as a young teacher in the 1970's, and continuing with the school as Principal, then President for more than 20 years, then Chancellor until retirement at the end of 2022. Greater Atlanta Christian has enjoyed considerable success and growth through the years, and it's been my privilege to know many outstanding parents and friends of the school. I've also been personally involved in other leadership aspects of independent education in Georgia and nationally, as well as community involvement in Gwinnett County. I appreciate very much the difficult and much-needed work that you and the U.S. District Court provide for us all.

I have known John Oxendine as a parent and as a part of the school community for well over two decades and have had many conversations with him about his own children, ways the school could advance its mission, and just general consideration for people--students, teachers, and parents. In my every encounter with him, there has always been a caring spirit, one of interest in how he could help. That support came as an engaged and interested father, as supportive attendant at school functions, and as generous supporter when he could. John never asked for any unique advantage for his children nor did he insist on his perspective on any issue. Instead, his spirit with me was one of "How can I help?"

John is still in the midst of those important parenting years with his youngest child moving into high school this next school year. If his past is an indicator, he wants to be an engaged dad in every way he can in the years ahead. I hope he will have as much opportunity as possible to finish well as the involved father he wants to be.

Again, a deep thank you to you and your District Court colleagues for your efforts and discernment for Georgia and the nation.

Sincerely,

David Fincher, Ed. D

Re: John Oxendine

To: The Honorable Steve Jones

Your honor,

I'm writing on behalf of my father-in-law, John Oxendine. I've known John for the last eight years as I've pursued and married his step-daugher, Caroline. It's truly been a pleasure.

One thing to preface this letter, I'm a guy of few words with a deep faith in God the Father, Jesus Christ the Son, and the Holy Spirit. The triune God that will work to make this all good should we ask Him to, and ask, we do.

John is a good man with a heart to serve those around him and add value to their lives. John is a smart man who has always provided for those around him generously and graciously. John is a playful man who gets a kick out of any joke or any game. He will do football drills with his fifteen year old son, Jake, or play Winnie the Pooh with my daughter, Bee, for hours on hours. John is a sensitive man who cries at movies, birthdays, and holidays. John is a learner who takes all that he learns from people, documentaries, or travel and gives it all back to his family. John is our personal chef who keeps everyone full of all their favorite renditions of whatever he is making. John is a kind man who will strike up a conversation with anyone, anywhere and leave invested in who that person is and where they are trying to go in life. John is a faithful man who knows God, who rest in the One who holds tomorrow and every day after that.

It would be easy for you to not see John the way we, his family, see him. The hope of these letters is that you would see and feel the value he adds to our lives, how much we will miss him while he's away and how eager we are to welcome him back when the time comes. We remain hopeful as a family every day because our mistakes, our brokenness, our short comings do not hinder the God we serve, they create more room for Him to move and be glorified.

Respectfully,
Davis S. Clark



| **ALBANY** | **BAINBRIDGE** | **URGENT CARE HOURS** |
|---|---|---|
| 701 N. Slappey Blvd. | 406 S. West Street | Monday-Friday |
| Albany, GA 31701 | Bainbridge, GA 39819 | **8 AM - 6 PM** |
| **PHONE:** 229-439-1950 | **PHONE:** 229-246-6417 | Saturday |
| **FAX:** 229-439-1951 | **FAX:** 229-246-2041 | **9 AM - 1 PM** |

April 29, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Re: John Oxendine

Dear Judge Jones,

I am writing to you on behalf of Mr. John Oxendine. I have known John and the Oxendine family for more than 30 years.

I served on the Georgia Board of Worker's Compensation Physician Advisory Board when John's father, Judge Jim Oxendine, was Chairman of the Board. John was a recent law school graduate and did some lobbying and legal work for the Georgia Chiropractic Association in his early days of law practice. Several years later when John became the Insurance Commissioner, my sister worked as Safety Fire Commissioner in his office. Finally, as fate would have it, John married my wife's first cousin, Ivy.

I have shared all of this to say that I have known and interacted with John in many varying circumstances, both in and out of the public eye. I have always known John to be highly intelligent, loyal and a person committed to excellence. He has had an outstanding career in public service. To say that John Oxendine has been an outstanding citizen and an asset to Georgia and his community would be an obvious understatement.

As you consider your decisions regarding his future, I would appreciate it if you would give him every consideration for a life that in every other way has been exemplary.

Very Truly Yours,

Dr. Davis L Kinney, DC FICC
DLK/mw

---

Douglas M. Sizemore
707 Rambling Road
Johnson City, TN 37601

May 5,2024

The Honorable Steve Jones
United States District Court
For the Northern District of Georgia
75 Ted Turner Dr. SW
Atlanta, GA 30303

Re: Sentencing of John Oxidine, Case No. 1:22-cr-00183

Dear Judge Jones:

I am writing on behalf of and to provide a character witness for my friend John Oxidine. I have known John since 1995. After having owned and managed an insurance business for most of my life, I was appointed Commissioner of Insurance for Tennessee in 1995.  The same year John was elected as Insurance Commissioner of Georgia.

The commissioners of the southeastern states became a close-knit group, both business wise and personal. As commissioners of adjoining states, many insurance regulation matters were shared with Georgia and Tennessee. This resulted in John and I having many telephone conversations and meetings in person. In all my dealings with John, he conducted himself in a highly ethical manner.

Since leaving the Tennessee Insurance Department, I have been involved with several insurance companies in various capacities. In many I have dealt with the Georgia Department of Insurance while John remained in office. Again, I found John to be a person of integrity, honesty, and strong moral character.

After John left government service, he represented, as an attorney, several of the companies I was associated with. Again, all these dealings were handled in a most professional and ethical demeanor.

I am aware of the charges John is facing and I know he is remorseful and accountable, willing to take responsibility for his actions and to make amends.

It is my belief that John can become, as in the past, a most positive member of society and make valuable contributions to the state of Georgia. I think he has much to contribute to the insurance industry, especially in the area of state regulation.

Thank you for reading and taking into account what I have said. I am always willing to answer any questions or supplement this letter if more information would be helpful.

Sincerely,

Douglas M. Sizemore

Eldred B. Taylor, M.D. FACOG
Ava Bell-Taylor, M.D.



Taylor Medical Group

Honorable Steve Jones,
U.S. District Court for the Northern District of Georgia,
75 Ted Turner Drive SW,
Atlanta, GA 30303

Date: May 10, 2024

RE: John Oxendine Esq.

My name is Eldred Taylor M.D. I have been practicing medicine in the Atlanta area for over
30 years. I met Mr. Oxendine at a medical conference where he was discussing doctors' and
their relationship with insurance companies. I hired him to make sure my documents in my
office were in compliance with insurance regulations. Because he was a former insurance
commissioner, I trusted his advice. I am glad that I hired him because he gave me great advice.
I had him speak at conferences that I produced and several other physicians hired him and
were happy with his service. Everything he advised me to do was to make sure I knew the
law and complied with the law.  He never advised me to cut corners or bend the law.
All of the physicians that I referred him to never complained about any of his advice and were
all thankful for the introduction.

My association with Attorney Oxendine has been one that has shown me that he is a man of
integrity and a very knowledgeable lawyer. His assistance to me and my colleagues has been
invaluable.

Eldred Taylor M.D.

5901-C Peachtree Dunwoody Rd. N.E.
Suite 25
Atlanta, GA 30328
Phone 678-443-4000
Fax 678-443-4090
www.taylormedicalgroup.net

# Eric P. Serna

### Attorney at Law
### Post Office Box 8254 - Santa Fe, New Mexico  87504-8254
### 505-670-7055
### Email: sernalawfirm@gmail.com

May 30, 2024

The Honorable Steve Jones
United States District Court
  for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, Georgia  30303

Dear Judge Jones:

I am writing to offer a character reference on behalf of John Oxendine.  I have known John both professionally and socially for approximately fifteen years and can confidently state that I have known him to be honorable in all of the dealings I have ever had with him.

I have dealt with John as a fellow regulator and subsequently as an attorney on behalf of clients appearing before his department on pertinent matters.  He was fair, and displayed a judicious temperament that was balanced and thorough when dealing with relevant issues which he had regulatory oversight of.  I mention this from a professional perspective as he would never allow our personal relationship to interfere with the issues before him.

I have always known John to be an honest public official who put the public interest ahead of his own.  One item of particular note that left a mark on me about John was he would make it a point to talk people up and never disparage anyone while in my presence. I was particularly impressed with his attitude toward individuals in a restaurant environment.  He complimented their service and praised their hard work.  He encouraged all to continue working hard in order to improve their position in life.

John is a good family man—an individual who puts family and service first!

Without hesitation, I can attest to all of the aforementioned attributes I experienced while in John's presence.

Sincerely,

Eric P. Serna

Honorable Steve Jones

U. S. District of Georgia

Northern District of Georgia

75 Ted Turner Drive, SW

Atlanta, GA  30303

RE:  John Oxendine

Honorable Jones,

I was the elected Commissioner of Insurance for Mississippi from 1976 through 2007.  I was the longest serving elected Commissioner of Insurance in our nation. During my thirty two years, I served alongside several Commissioners from Georgia.  John was one of them.  John served from 1995 through 2011.  We worked together on many projects to help the consumers of our respective states. I found John to be very open and accessible to other Commissioners throughout the country.  He was very active with the Southeastern Zone of Insurance Commissioners.  It has been a privilege to call John Oxendine my good friend.

Respectfully,

George Dale

*M*

George W. McKerrow

133 Luckie Street  NW

Atlanta, GA. 30303

Honorable Steve Jones

US District Court of Georgia

75 Ted Turner Dr. SW Atlanta, GA. 30303

Honorable Judge Jones,

I am George McKerrow a longtime restaurant owner operator and businessman here in Georgia and elsewhere. I have known John Oxendine for over 20 years, and I know him to be a quality, caring member of our community. I supported John in his run for Governor and I have had many social experiences with John and his wife Ivy. I believe John to be an honest individual who cares for others and has devoted much of his life to the service of others. John is a family man, and he is always putting his family first. I believe John has been a successful businessman and a civic leader in the past and I believe he has more to offer our community in the future. I consider John to be a friend and someone I respect.

Sincerely,

George W. McKerrow

May 19, 2024


The Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Dear Judge Jones,

I am writing this letter on behalf of John Oxendine.

Allow me to introduce myself. My name is Greg Hawkins, and I am a retired employee
of the Georgia Department of Insurance. I had the privilege of meeting John Oxendine
29 years ago when he assumed the role of Commissioner of Insurance. While our initial
connection was professional, over the years, our relationship evolved into a friendship.

During his tenure as Insurance Commissioner, John consistently tried to meet the needs
of consumers and small businesses. His policies and direction led to availability and
pricing stability in the personal automobile insurance and workers' compensation
markets, which were volatile and tight prior to his taking office. He also had the foresight
to lead and advocate for telemedicine in Georgia, which was beneficial for rural and
underserved areas.

As an employee I was free to voice my opinions, even in disagreement, without fear of
retribution.

One aspect of John's character that I admire is his unwavering commitment to his family
and faith. These values have shaped his personal life and influenced his professional
decisions during his tenure with the Georgia Department of Insurance.

Thank you for your consideration.

Sincerely,

Greg Hawkins
1030 Westminster Way
Madison, GA 30650

Greta Gilson Agnew
5970 Rachel Ridge
Peachtree Corners, GA 30092
770-330-1914

May 20, 2024

Honorable Judge Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Dear Honorable Judge Jones,

I am writing on behalf of my friend and former neighbor, John Oxendine, whom I have known for at least 15 years. We were neighbors to John and Ivy for 10 years in Thornhill subdivision.  We were also members of the Atlanta Athletic Club with them.  I am a nurse practitioner and have worked in healthcare for 43 years.

John has always proven to be a good father, husband, and man of God.  He has always been attentive and involved with his children.  He never saw a difference between his and Ivy's shared children, treating them all with love, respect, and inclusiveness.  He was often seen throwing base balls with Jake in the yard, walking with him, and playing with their Westie.  He is an involved parent.

Reflecting on his kindness, I recall an instance when our elderly dog got out of the fence and was standing bewildered in the middle of the street.  John saw her and coxed her to follow him to our door, essentially saving our dog's life.  We are eternally grateful that he saw her.  He has also given me words of encouragement as my husband was diagnosed with Alzheimer's dementia. He has shared his faith with compassionate understanding of the hardship the diagnosis has caused our family.

John has always been most generous to include us in their holiday gatherings, even after we moved to another neighborhood.  He was attentive of his guest and introduced everyone to one another.  He has never been ostentatious or braggadocios, but genuinely kind and respectful.  What I have gleaned from the years of knowing John, is that he is a man of honor and integrity.  I am proud to call him a friend.

Most sincerely,


*Greta Gilson Agnew*



Hilton Howell
**Gray Television, Inc.**
Executive Chairman & CEO

May 1, 2024

To the Honorable Steve Jones:

I am delighted to write this letter to endorse the character and integrity of John Oxendine, as I have known John in both a professional and personal capacity for almost 30 years.

I have worked closely with John professionally over three decades; as the Chairman and CEO of several insurance companies domiciled in Georgia, I have been subject to his regulation and his legal authority and found him to be uniformly fair, competent, and straightforward.

John also went above and beyond the professional call of duty, involved over the years with our companies' support of the Alzheimer's Association in memory of the late J. Mack Robinson.

On a personal basis, I've gotten to know John, his wife Ivy, and their son, and they are a lovely family who are active in their community, involved in their church and youth sports. I've had the pleasure of having dinner in their home, visiting their vegetable gardens, and simply enjoying life with them from time to time. I frequently see John and his wife both socially and in their business pursuits here in Atlanta and have enjoyed seeing their progress.

I wholeheartedly endorse and truly respect John. In all the years that I've known him, I've never experienced any issues – personally or professionally – that could be a concern in terms of his character or conduct.

Please let me know if I can be of further assistance.

Best,

Hilton Howell, Jr.

4370 Peachtree Road, NE, Atlanta, GA 30319 | P 404-266-5512 F 404-261-9607| hilton.howell@gray.tv | www.gray.tv



## SUPERIOR COURT OF FULTON COUNTY
### ATLANTA JUDICIAL CIRCUIT
185 CENTRAL AVENUE S.W.

SUITE - 5905

ATLANTA, GEORGIA 30303

CHAMBERS OF

JUDGE CRAIG L. SCHWALL, SR.

(404) 612-8667  TELEPHONE

(404) 224-0551  FACSIMILE

E-MAIL: craig.schwall@fultoncountyga.gov

July 3, 2024

Honorable Steve C. Jones
United States District Judge
1967 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: John Oxendine

Dear Judge Jones,

I hope this letter finds you well.  I have always respected you and your abilities as an excellent jurist.

I wanted to write and inform the Court that I have known John Oxendine for 30 years.  My dealings with him have been forthright, above board, and honorable.  I would hope and expect that the conduct of which he is accused by the government is an aberration, and not his standard.  I commend him for pleading guilty and accepting full and entire responsibility for his actions.

Most respectfully,

Craig L. Schwall, Sr.

Irene Sanders
9325 Tailey Circle
Johns Creek, GA 30097

April 28, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Dear Honorable Judge Jones,

I am writing this letter to unreservedly endorse my friend John Oxendine, a remarkable individual whose dedication and commitment to our community have left a lasting mark on those who have had the privilege of knowing him.

I first had the pleasure of meeting John in 2014, during a time when our neighborhood as well as others in Johns Creek were facing a significant challenge. As President of Thornhill Homeowners Association, I was deeply involved in rallying support against a proposed mixed-use rezoning property at the Atlanta Athletic Club. This rezoning would have completely changed the character of our community. John was instrumental in this effort, offering his unwavering support and actively participating as a core member of the citizen-led opposition group. His strategic insights, tireless efforts, and unwavering commitment played a pivotal role in ensuring that the zoning was ultimately denied by the Johns Creek City Council.

Since then, John has consistently demonstrated his dedication to the betterment of Thornhill. He has served on the Thornhill Homeowners Association multiple times and in various capacities. He has always worked tirelessly to enhance the quality of life for our residents and shown such wise judgement when having to make tough decisions that are sometimes required in the role of a board member.

One particular instance stands out as a testament to John's selflessness and willingness to step up when needed. During our annual community event, Cookies with Santa, John's wife Ivy, who currently serves on our board in the capacity of social chair, was unexpectedly called out of town due to a family emergency. Without hesitation, John took charge and seamlessly managed the entire event, ensuring that all the little kiddos who were there to see Santa weren't disappointed. His quick thinking, adaptability, and willingness to roll up his sleeves to get the work done exemplifies the type of person he is – one who is always ready to lend a helping hand and make a difference in the lives of others.

In my interactions with John, I have consistently been impressed by his compassion and genuine concern for the well-being of our community. He is a man of character, whose actions speak volumes about his commitment to serving others and making our neighborhood a better place.

It is with great pride and confidence that I recommend John Oxendine. He is not only a valued member of our community, but also a trusted friend whose dedication and leadership have had a profound impact on those around him. I have no doubt that he will continue to inspire others wherever his path may lead next.

Sincerely,

Irene Sanders
President, Thornhill Homeowners Association, Inc.

**Ivy Oxendine**
**5375 Chelsen Wood Drive**
**Johns Creek, Georgia 30097**

Dear Judge Jones,

I am Ivy Oxendine, and I write this letter on behalf of my husband, John. For over twenty years, John has been my husband, best friend, father to our children, our Westie's favorite person, captain of our trash carts, bug destroyer, lid loosener, and grill master. It is the hope of my heart that through my words you'll meet my John and appreciate him beyond the four corners of this case.

I begin with the ultimate fact: John is a Believer. While Christ's sacrificial love may be an odd start for a character letter *about* John, the absolute truths of the Christian faith inform John's life. How John carries himself in this world, his spirit, and who he is as a husband to me, father to our children, son, brother, and friend are all informed by his faith. When inevitably falling short, as a Believer, John's complete trust is in the unmerited grace of a God who is both loving and just.

Professionally, John leads an exemplary life. He was the first insurance commissioner in America to receive the American Medical Association's Dr. Nathan Davis Award for his advocacy on behalf of patients. John represented the United States at the Hague both negotiating and authoring "a few lines about reinsurance" in the international treaty for the enforcement of choice of law provisions in contracts. Further, John's directive as insurance commissioner led to Georgia's Supreme Court affirming that diminution of value applies to real property claims. While such recognition ratifies one's results, the public in public service means the most to John.

Hands down, John is one of the best retail politicians I've ever seen. He's quick on his feet, equal parts polished and folksy, and a good listener. Distinctively, however, John never sees people as a means to an end. Simply, he loves people. When serving in public office, John's cell phone number was more than obtainable, it was readily offered – a sincere open-door policy. For sixteen years, when tornados touched down, John, along with his staff, walked into the devastation, to knock on doors, meet the injured, listen to their needs, and deliver relief. John is not a "lead from the tower" guy and does not ask of others that which he is unwilling to do himself. In 2010, departing from an election party, one of the waitstaff grabbed John and gave him a big hug. She turned to me and said, "I've worked in this hotel for years. Your husband, he always sees the busboys and the servers. He makes it a point to speak to us and ask how we are doing. He's the only Republican I've ever voted for." Recently, John became a resident of rural Florida. To the tradespeople, small business owners, and deeply rooted in our tiny town, John is the unofficial mayor of Cape San Blas. Sometimes the connection is as simple as a shared love of Ram trucks and Hemi engines. Other times, John's kind eyes and "never met a stranger" demeanor invite a young mom to share her burdens and ask for advice. At all times, John is welcomed as one of the "good ones" for he sees the best in people and helps them see the best in themselves.

Personally, I love John as meat loves salt. In folklore, a king asked his three daughters how much they loved him. The first said, I love you more than diamonds and gold, and the second said I love you more than rubies and silver. The third daughter said I love you as meat loves salt. Desperately

offended, the king banished her. Many years later, the king realized that more than diamonds or gold, salt, like love, is necessary to life for salt flavors, cures, preserves, and enhances.

John is the flavor in our family. He's quirky, and we love it. John cries at movies, almost all of them. Affectionately, he's called "bird dog," because he eats off others' plates and for years cajoled our daughter, Caroline, into "sharing" her Oreo Blizzards. John enjoys the simplicity of play from kickball, basketball, or football to dominos, Candyland, Go Fish, or tea party. He's an incredible chef but not a baker because the exactness of a recipe unnerves him. He ends phone calls with "take care," rather than goodbye. John has worn a t-shirt that says, "I just want to drink wine and play with my Westie," until it has holes simply because our youngest son, Jake, picked it out and paid for it with his allowance for John's birthday gift. Our granddaughter, Bee, calls John "Big" because he is: a Big presence, a Big personality, Big fun, and a Big buddy.

John draws out that which could spoil or ruin and replaces it with goodness. Ours is a blended family; a fact that I hope surprises you. To John, Philip and Caroline are *his* children in every way except for biology. For Philip and Caroline, John did all the big things - school tuition, cars at 16, car insurance at 16(!), clothes, trips, piano lessons, orthodontia (lots of it!). For Philip and Caroline, John did all the extra things – debt free higher education, apartment rent, replacement car after wrecking car, still higher car insurance(!), the family cell phone plan, and Caroline's dream wedding. John did the unexpected things – taking Philip behind the scenes at the Oval Office, the Green Monster, and the ruins of Ephesus and taking his daughter, Caroline, to Paris so that she would see the city for the first time with a man who will always love her. Most importantly among all the things, big and small, John is true love's exponent in their lives. John's ego did not demand to either supplant Philip and Caroline's biological dad or to one-up him – ever. John's character required that he love that boy and girl well, and real love does not make a child choose.

John acts to preserve our family. Foremost, John models God's love for us - unconditional, unbreakable, and true - in our home. John's forgiveness is both quick and complete, a remarkably reassuring gift to those he loves. John is authentically generous. He is neither a seeker of credit nor a keeper of accounts. When at forty-two the opportunity to attend law school presented itself to me, my hesitance and borderline obsession with details, such as who would do the laundry, was quashed by John's enthusiasm and faith. John kept me at the starting line, assuaging my doubts in orientation, "Ignore the big talk, Ivy. YOU got in the same school they did." During the race, John was my one-man aid station and head cheerleader as he rose early to pack my lunchbox, carpooled Jake to school, picked up after school, helped with Jake's homework, prepared dinner, and cleaned the kitchen (I kept laundry duty because he *really* is bad at it). At the finish line, John celebrated me with purest adoration and esteem. As John's wife, I know I am his treasure, and the freedom, confidence, and stability this knowledge provides is everything.

John enhances every room he enters for he is the most predictably happy person I know.

A marriage is mostly ordinary, nothing special bits, day in and day out, punctuated by moments of purest joy and profound grief. It is in this mix of the ordinary and extraordinary that a sacred intimacy, a marriage, lives. A few days before offering his plea, John and I sat side by side at Taqueria del Sol. As we shared chips and guacamole, I said, "John, I want you to know that to me,

you are so much more than this." He took my hand with a gentle squeeze, looked me in the eyes and said, "thank you for that." Across the 7,300+ days that comprise our twenty-year marriage, this exchange of two simple sentences is among our most intimate moments for to be seen and truly known is both a basic human longing and incredibly rare. Your Honor, I see John and know John to be a good man. For me, the essential question, is John Oxendine a good person who did a bad thing or a bad person who did a bad thing, has been asked and answered. It is my prayer that this letter helps you to see John and know him, too.

Sincerely,

Ivy Oxendine

**J. Robert Wooley**

**Attorney at Law**

**The Preserve at Harveston**

**1938 Sugar Cane Lane**

**Baton Rouge, Louisiana  70810**

May 28, 2024

Honorable Steve Jones
US District Court
Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA  30303

Re:  Mr. John Oxendine

Dear Judge Jones:

I met John Oxendine when I was appointed Acting Commissioner of Insurance for the State of Louisiana in October of 2000.  He was gracious in his counsel and gave freely of his time to help me with the enormous task of learning to be an insurance regulator.  He helped me to understand how and why the industry was regulated.

At that time, I learned that the Georgia Department of Insurance was one of the Top Regulators in the Southeast.  The Louisiana Department needed some improvement and John directed his staff to work with our staff to implement some much-needed improvements to our regulatory framework.

These improvements were in place when Katrina struck Louisiana in 2005 and were instrumental in helping the citizens of Louisiana to recover from one of the most destructive storms in the history of our country.  In addition John directed some of his key staff of Louisiana to help with the recovery efforts.

As the elected Commissioner, I spoke with John at NAIC meetings and we talked often about the state of insurance throughout the nation.

I have always known John to be a very compassionate and knowledgeable individual that was someone you could count on to be there when you needed him.

Sincerely,

J. Robert Wooley

*From the Desk of* **Jason M. Shepherd**

To the Honorable Steve C. Jones
U.S. District Judge, Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

May 17, 2024

Dear Judge Jones:

My name is Jason Shepherd. I am an attorney admitted to practice by the State Bar of Georgia and have known Mr. John W. Oxendine for approximately 23 years, since 2001. About a year after first meeting Mr. Oxendine, I became employed by him at the Georgia Department of Insurance (DOI), where I spent over five years (Aug. 2002 – Nov. 2007) in the communications department of the DOI, but also served as Commissioner Oxendine's Senior Aide. During that time, I had the opportunity to spend significant one-on-one time with Mr. Oxendine, developing a close friendship and mentorship beyond what would be a typical employer/employee relationship. We got to know each other's families, attended each other's weddings, and have continued to stay in contact with each other until today, 17 years after leaving his employment.

You can tell a lot about a person by the way they treat other people, which I observed attending countless civic club (Rotary, Kiwanis, Lions, etc.) meetings where John would be invited to speak. Rather than quickly rush out after the talk, John would take the time to speak even to the wait staff about their insurance problems, give them his cell phone number, and follow up. Over the years, through his initiatives and leadership, he helped return millions of dollars annually to people struggling to negotiate with their insurance companies.

Aside from local emergency responders, we were the first on the ground after a natural disaster, with John talking to homeowners who had just lost everything and couldn't get in touch with their Insurance agent who would soon have a voicemail from the Insurance Commissioner asking them where they were.

These weren't people who could donate thousands to his re-election or lobbyist that could wine and dine him, but people who needed help, and, from what I personally observed over those five years, they always had John's full attention and assistance.

One incident that will always stick in my mind involved his support of Safe Kids of Georgia. He had spent a very rainy day in the parking lot at Six Flags Over Georgia as dozens of teenagers learned safe driving practices in driving simulators set up under tents in the parking lot. The teens were not only hoping to get some training that would help them get their driver's licenses but were looking forward to a few hours riding the rides. The weather was not cooperating. However, a break in the rain allowed for a quick chance to get in a roller coaster ride and, with the urging of teens who had spent the entire day with John, we soon found ourselves in the front row of seats on the Batman Roller Coaster. Because I had spent a few hours at the office first before coming to Six Flags, I was in a suit and tie…still the only time I've ridden a roller coaster in a suit and tie.

There are not many people I would rider a roller coaster in a suit and tie for, and I hope it was as rememberable for those kids, who got to see elected officials are real people who rider roller coasters too, but that's the type of person John Oxendine is.

There are many more stories and incidents I could relate, showing how John Oxendine in his dealing put others first, but hopefully I have helped to show a fuller picture of someone who had meant a lot to me and my family, and still does mean a lot to me and my family.

 Sincerely,

Jason M. Shepherd

LAW OFFICES
# THE BELL FIRM
Post Office Box 1547
457 Greene Street (30901)
Augusta, Georgia 30903-1547
(706) 722-2014
Fax (706) 722-7552
Writer's e-mail: john@bellfirm.net

John C. Bell, Jr. (P.C.) (Ga. & S.C.)

Pamela S. James (Ga. & Fl.) (of counsel)

John C. Bell
(1916-1967)
Harry H. Bell, Jr.
(1911-1991)

July 2, 2024

The Honorable Steve Jones
United States District Judge
United States District Court
Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

     Re:   John W. Oxendine

Dear Judge Jones:

     I write on behalf of my dear friend, John Oxendine, whom I understand is appearing before you for sentencing. John has had such a distinguished career. I recall when many believed that he would be Georgia's next governor.

     I have known John and worked with him on cases for a number of years. I have always found him to be forthright and honest. I would certainly believe John under oath.

     John has never exhibited to me any evidence of a willingness to cut corners or to be anything other than ethical and professional.

     With the very best of personal regards, I remain

               Yours very truly,

               John C. Bell, Jr.

JCB/mj

# JOHN G. FRANCHINI

May 28, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Judge Jones:

I am writing on behalf of John Oxendine.

My name is John Franchini. I served as the New Mexico Superintendent of Insurance from August 2010 until my term ended on December 31, 2019.  I met John Oxendine in August 2010 when he was the Commissioner of Insurance in Georgia.

I worked with Commissioner Oxendine when we were both regulators in our respective states. My experiences with John as a regulator were very positive.  After John left his position as Commissioner of Insurance in Georgia, he began to represent various insurance companies for regulatory purposes.  I recall that John represented three different companies doing business in New Mexico.  I found that he was open, honest and direct with my regulatory staff when representing those companies in New Mexico.  Our dealings with John were positive and amicable.  I found that John followed and respected our state's rules, regulations and statutes. When John represented insurance companies in New Mexico, I found him to be honest and truthful in his dealings with the Office of the Superintendent of Insurance.

Sincerely,

John D. Franchini

John G. Franchini



From:

Rev. Johnny Hunt
 4072 Earney Road
Woodstock, GA 30188

Date: May 13, 2024

To:

The Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive S.W.
Atlanta, GA 30303

Dear Judge Jones,

I am writing on behalf of my friend John Oxendine. My name is Rev. Johnny Hunt former
Pastor of First Baptist Church Woodstock, Ga and former President of the Southern Baptist
Convention (2008-2010).

I have been privileged to know Mr. Oxendine for the last 20 plus years. We were both from
Roberson County, N.C. and both members of the Lumbee American Indian Tribe.
John and I met while he was serving as Insurance Commissioner of the State of Georgia, he
was introduced to me by our mutual friend Mike White. I found John to be a man of
character and kindness. His personality was encouraging and welcoming. Through the
years I continued to be blessed with his friendship as a genuine individual that cared for
others. I had the opportunity to visit Mr. Oxendine outside his daily routine of serving our
State, each visit was consistent with the man of character I came to respect.

Sincerely Yours,

Rev. Johnny Hunt

**WALDON ADELMAN CASTILLA**
MCNAMARA & PROUT
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
900 CIRCLE 75 PARKWAY
SUITE 1040
ATLANTA, GEORGIA 30339

TELEPHONE (770) 953-1710

FACSIMILE (770) 933-9162

Writer's Direct Dial (770) 933-7027
jadelman@waldonadelman.com

June 11, 2024

The Honorable Steve Jones
United States District Court for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re:     John Oxendine

Dear Judge Jones:

I have personally known John Oxendine ("John") for about twelve (12) years. I am a Georgia civil litigation/insurance defense attorney who has been practicing in Georgia since 1995. For the first half of my career, I knew John by reputation as Georgia's insurance commissioner. My insurance clients generally considered John to be an adversary who consistently took the side of the insurance consumer. Prior to actually meeting John, I assumed that he was an unapproachable bureaucrat.

I got to know John personally about twelve (12) years ago. I met him at a Georgia Continuing Legal Education seminar in Colorado. We knew many of the same people and realized that we both lived about five (5) miles from each other. I also learned that John and I worked out of the same gym as me.

From that point on, I saw John at least three (3) mornings a week at the gym. It would be unusual for us not to engage in lengthy conversations every morning about our work and families. I always found John to be welcoming and friendly. I looked forward to my morning conversations with John.

A topic of conversation with John usually included sporting events and vacation plans involving his wife and his son. He could not wait to spend time with his family in Florida and on vacation.. He constantly speaks with pride about his son's engagements at school and in sports.

Best regards.

Sincerely,

Jonathan M. Adelman
WALDON ADELMAN CASTILLA
HIESTAND & PROUT

JMA/



May 25, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Dear Honorable Judge Jones,

I am writing this letter on behalf of John Oxendine. I have lived in the metro-Atlanta area my entire life. I am proud to call Atlanta and Georgia my home for almost 60 years. My mother's family goes back many generations in Georgia. In 2003, I began working at Greater Atlanta Christian School (GAC). Having graduated from Georgia Tech, I worked in the corporate world for a decade but found my work life unfulfilling. Working at GAC for over twenty years has allowed me to impact and influence the lives of children and frankly the next generation of leaders here in Georgia and beyond.

It is through my work at Greater Atlanta Christian School that I came to know John and his family in 2003. He and his father were great advocates for Christian education and GAC in particular. At the time John served as Insurance Commissioner of Georgia but always found time to be at GAC events for his son, J.W. As you might imagine, GAC has many successful families whose children attend and I can attest that not all are as involved in their children's lives like John.

John also gave of his time to Greater Atlanta Christian School. He was willing to volunteer at numerous events, including hosting a fundraising dinner with Jeff Foxworthy for the school. This dinner was pivotal in raising funds needed to grow the school in both physical plant and in the area of financial aid. GAC provides a great amount of financial aid to our students, with over one-third of our students receiving a need based award of varied amounts. This socio-economic diversity is important to GAC and is important to John.

John believes in giving back to those in need. He truly has a heart for children. I hope this letter provides you with a bit of insight into the character that I have personally witnessed in John. Thank you for the opportunity to speak to you.

Sincerely,

Dr. Katherine White
Vice President of Advancement

Lee W. Brigham
3018 Bransford Road
Augusta, Georgia 30909
(706) 267-2234


June 3, 2024


Honorable Steve C. Jones
United States District Judge
U. S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, Georgia 30303

Re:   <u>John W. Oxendine</u>

Dear Judge Jones:

I write on behalf of John W. Oxendine.  I have known John since 2014, when he and I were among a group of attorneys who filed a class action against a large life insurance company.  John helped the team prosecute the case to a successful resolution, and in so doing, helped obtain benefits for tens of thousands of deserving class members.  During the pendency of the case, I found John to be honest and hardworking.  I was surprised and saddened to hear the recent news about John, as it did not sound like the man that I had come to know over the past decade.  I am confident that John has learned from his mistake, and I am hopeful that he will, in due course, use his considerable talents for the betterment of society.

Sincerely,
/s/ Lee W. Brigham
Lee W. Brigham


LWB/id

**M. HENRY DAY, JR., P.C.**
**ATTORNEY-AT-LAW**

———————

**3960 Falls Ridge Drive**
**Johns Creek, Georgia 30022**
**Tel.: (770) 663-0783**
henrydaylaw@gmail.com

May 18, 2024

The Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

      Re:  John Oxendine

Dear Judge Jones,

      First off, your Honor, Go Dawgs! Like you, I am a proud Double Dawg (and fellow Terry College graduate), and I am also very proud that both of my kids are UGA graduates! I bleed Red and Black!

      I have I have had the pleasure of knowing John for over fifty (50) years – since he was six years old! My late father was a minister and John and his family were not only members of our church, but stalwarts of our church. Few, if any, families were more respected than the Oxendine family.

      John followed in his well-respected father's footsteps and became a lawyer. John learned first-hand from his father how to work and how to treat people. I have never seen John mistreat anyone but, rather, to treat everyone he encounters with dignity and respect.

      John has been successful professionally at everything he has undertaken – another trait of his father's. He has also been a wonderful father and husband – due in large part to how he was raised. John has provided wise counsel over the years to friends, family and clients, all of whom trust John and his counsel enormously. Personally, I have a lot of respect for John and have followed his advice when I sought it. John is not perfect, but he is a damn good person! I am proud to call him my friend.

      Please do not hesitate to reach out if you would like more information about John. I would be pleased to provide it.

      And, of course, Go Dawgs!

                    Sincerely,

                    M. Henry Day, Jr.

May 8, 2024

Spearhead Investigations, LLC
3000 Langford Road
Suite 600
Peachtree Corners, GA
30071-4776

              Re:   **State of Georgia vs. Melvin Randall Huff, Jr.**
                     **Retainer Fee**

Dear Mr. Summers

We hope this message finds you well. Attorney Alexis Levine asked that I reach out to you regarding the above-referenced case and matter. Please find enclosed escrow check number 5149 in the amount of $5,000.00.

As always, should you have any questions, please do not hesitate to contact us.

Best Regards,

Candace Stargell
Legal Assistant

*Enclosure: 1*

May 17, 2024


The Honorable Steve Jones

U.S. District Court for the Northern District of Georgia

75 Ted Turner Dr SW

Atlanta, Georgia 30303


The Honorable Judge Jones:

I am writing this on behalf of John Oxendine.  I have known him personally and professionally for the past 30 years.  I am Marc Unterman M.D., an interventional cardiologist now in practice for 42 years.  We first met when his father, Judge Oxendine, was very ill and I had the chance to see the great love John demonstrated for his family.  He was extremely supportive of his mother and father in the tough times that followed, and I could  count on him for his stability and great love for his family.  We became friends, and I became close friends with John's wife and children through the school that our daughter and his children attended.

John was very active in fundraising for the school that his children and our daughter attended, Greater Atlanta Christian.  He and his wife were selfless in helping children in need, as well as fundraising for families that needed help.  They were always first on the call list.

He is a very kind and generous person, and I will always be proud of the close professional and personal relationship that we have had. Through thick and thin, we could count on John and Ivy to be there for those in need.

John has been a friend for many years.  In the last 10 years, he has been my patient.  I have seen love, kindness and generosity in he and his family.


Very truly yours,


Marc Unterman M.D. FACC

Marc P. Wayman
640 Lane Mill Rd.
Bennett, NC  27208

19 May 2024

Honorable Steve Jones, U.S. District Court for the Northern District of Georgia

Re: Character Reference for John W. Oxendine

Your Honor,

My name is Marc P. Wayman, and I am John Oxendine's brother-in-law. I have known John for nearly forty years, and I am writing this letter on his behalf. I first met John shortly after meeting his sister, Shirley, before I entered military service in the U.S. Army. After a long and varied career, across three branches, I retired honorably from Army Special Operations with three combat deployments, including with other Special Operations units, among them SEAL Teams 1, 7, and 10, CFSOCC-A, CJTF-HOA, and the 10th Special Forces Group, with a total of over 28 years of service to this great nation.

Due to the fact that we always lived in different states, John and I were not very close, but we are certainly friendly with each other, and we share a respect for what we have each done with our lives.  John has expressed to me that he wished he could have served in the military, but unfortunately a medical condition prevented that. I wish I had the capacity to tolerate the long hours and dedication it takes to earn a degree that would allow me to have practiced medicine.

My wife, Shirley, has often told me stories of their childhood, of growing up with John, and of how he worked hard to earn money as a young man – becoming a lock smith, helping neighbors, mowing lawns, and even starting his own lawn-care business. How he and she played together – riding a cardboard box down the stairs as a makeshift sled, riding the handlebars of his bike while they rode around the neighborhood (before we became much more safety conscious with our children and ourselves), playing cowboys and Indians – a funny story as both John and Shirley are more than 50% American Indian and would both choose to be Indians.

John has personally provided me with sound legal advice on at least two occasions – without ever asking for anything in return.

John has worked tirelessly throughout his life to provide for his family. He has studied hard, and worked ceaselessly to provide sound and just legal

representation to those who need it. He has served honorably as insurance commissioner for the state. As I understand it, he fought to reduce insurance rates for those who needed it most, and to ensure that businesses followed the law – including investigating cases of fraud.

I honestly believe that John has a good soul, and that he is a trustworthy, and honorable, individual.

I hope this letter will give you an idea of his good character - thank you for taking the time to read it.

Sincerely,


Marc P. Wayman
SFC(R), USA
Special Operations Command
Fort Liberty, NC 28310

**Mark Nix**
102 S Echo Ln
Port St Joe, FL 32456
(561) 284-2085

11th May 2024

**Honorable Steve Jones**
US District Court Northern
District of Georgia
75 Ted Turner Dr SW
Atlanta GA 30303
Honorable Steve Jones,

I am writing on behalf of John Oxendine who I first met 4 years ago in Port St Joe, FL. My name is Mark Nix and I am retired from the software industry, married, have 2 grown children, and live in John's neighborhood in Port St Joe. John and I have served our neighborhood's HOA as board members over the past 35 months and have worked closely over that time to help with any issues that may arise.

John spends his spare time throwing a football with his son Jake and riding around in his pickup with his Westie named Cotton who is always by his side. Over the past 4 years John has been a model citizen, very friendly, and always willing to help out as needed in the community. Every July 4th, John gets some large fireworks and invites all of our neighbors to the beach for a 9pm show where he runs around like a little kid lighting them off and we all listen to patriotic music.

In closing, I will say that he has been a good friend over the past 4 years to our neighbors and a good person to work with on neighborhood matters. He is a good family man with a wonderful wife and very polite children who are very giving of their time to the community.

Sincerely,

Mark Nix

Michael A. White
1200 Gulf Blvd.
Unit 105
Clearwater, FL  33767

May 6, 2024

The Honorable Steve Jones
Judge, U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Re:     John Oxendine

Dear Judge Jones:

I am writing this letter to you on behalf of John Oxendine. I came to know John over twenty-five years ago through common friends. My wife, Ann, and I even attended his and Ivy's wedding. Over the years, Ann and I developed a good, personal relationship with John, his wife, Ivy, and their four children, JW, Philip, Caroline, and Jake.

We spent many a time during these years with John and his family at family get-togethers and also on special occasions like the Christmas holidays. I personally spent time with John and his son, JW, enjoying the outdoors, sometimes fishing, and on occasion deer and dove hunting. I have to say that all of our times with John and his family were good experiences. Without exception, we always found John to be a loving and caring husband and father. We could see that he had a loving and supportive relationship with Ivy and a truly special bond with his children. It was apparent to us that he really tried to be a very big part in their lives.

I just wanted to express to you that I have seen this personal side of John. He really tries to be a good partner to Ivy and a loving father to each of his children. I have always admired his devotion to his wife and family. And, we have truly appreciated our families' friendship over these years.

Thank you for taking the time to read my letter.

Respectfully,

Michael A. White

Honorable Steve Jones
U.S. District Court
Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA. 30303

5/6/2024

Dear Judge Jones,

I write this letter on behalf of Mr. John Oxendine who will soon come
before you for sentencing.  While I know nothing about the case in
question, I do know quite a bit about Mr. Oxendine ...John.

I first dealt with John while he was Georgia's Insurance
Commissioner and I assisted in the management of an HMO for
which John was ultimately responsible.  All of my colleagues and I
thought the same thing in every interaction with Commissioner
Oxendine and that was he was tough but fair.  There was never a
time in dealing with the Commissioner where I thought we were
being treated unjustly as he worked to protect the people of Georgia.

About eight years ago I got to know John on a more personal level
when he and his family moved in across the street from me in the
Johns Creek community.  John was nothing short of an awesome
and supportive neighbor.  His home backed up to the river while I
had an interior lot home.  John noted that my children liked to fish in
pretty much any place where water stood at more than two feet and
he kindly invited them to march through his yard, open the gates,
and set themselves up on the bank behind his house to fish.  John
and his wife Ivy cooked out often and he would bring uneaten meats
and steak bones to my front door to ask if he could share with my
dogs.  He became such a friend to my family that while talking to my

young daughter about what she would do if her Mom or I were not home and she felt scared, she said "I would just run over to Mr. Oxendine's house".

Although I moved from his neighborhood, I still see John and Ivy on a fairly regular basis.  They are always friendly and cordial not only to me but to anyone else who is around at the time.  Because we are both in the healthcare business field, John and I still do business together occasionally and again, he is a tough but fair gentleman to deal with at all times.

Your Honor, you or anyone from your staff are welcome to call me at any time with questions or if you want me to embellish on anything I have written above.


Kind Regards,



Michael C. Dendy
5352 Lacosta Lane
Alpharetta, GA. 30022

# MATRIX CONSULTING, LLC

150 E. Palmetto Park Road, Suite 450, Boca Raton, FL 33432
Telephone: (561) 910-1056

May 1, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

**Re:**   **John Oxendine**

Dear Judge Jones:

This is in reference to Mr. John Oxendine and his pending sentencing before your court.

I have known Mr. Oxendine for over 30 years on both a professional and personal basis.  In my dealings with Mr. Oxendine on a professional basis, I always found him to be prepared and fair.  He has always demonstrated high intellect, a knack for cutting to the core of an issue and logical and credible analytic skills.

On a personal basis he has demonstrated loyalty and compassion, particularly during the time of medical treatment of my son who ultimately passed.  It was a difficult time in my life and John was not only there he didn't shy away from what was a difficult circumstance.

I would be happy to provide more information if it would be helpful or desired.

Very truly yours,

Michael Camilleri
mc/lf

July 1, 2024

_VIA Email c/o Counsel for John Oxendine_

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, Georgia 30303

Re:      Character Letter on behalf of John Oxendine

Dear Judge Jones:

With respect, I ask that you please accept and consider this character letter on behalf of John Oxendine as you administer justice in John's case.

I know John and his family very well; I am proud to call him a close, personal friend.  We were first introduced when John, Ivy and Jake moved next door to my family in a suburb of Atlanta just over a decade ago.  Although my work has since taken me from Atlanta, I remain close to John through text, email and occasional visits.

I am quite familiar with John's general behavior and character.  I find his word and deed to be that of a fine, upstanding gentleman and good citizen.  John is hardworking, disciplined, fair and ethical.  Notwithstanding the subject matter of this trial, my experience with John never revealed any character flaw or any act of dishonesty.  On the contrary, I've always found John to be friendly counsel of great integrity and personally, a warm and generous friend.

John and Ivy are wonderful people.  They are welcoming and conscientious neighbors who regularly spend time with their children and grandchildren at their home.  They are truly service-oriented.  John never failed to take the opportunity to offer his help with my home projects or problems and he was a welcome source of camaraderie and support during the flu epidemic several years ago.  John even had the opportunity to serve as an untrained EMT, getting me to the hospital and helping save my right eye after a yardwork accident.

Please consider these comments favorably as you find justice in John's matter.


Sincerely,


Michael J. Francesconi
Vice President & Chief Counsel
UPS Airlines
1400 North Hurstbourne Parkway
Louisville, Kentucky  40223
email: mfrancesconi@ups.com



1197 Canton Street
Roswell, GA 30075
(770) 741-0700
mjlober@lddlawyers.com

June 3, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Re: Character Letter for John W. Oxendine

Dear Judge Jones:

I am writing to provide some insight into the character of John Oxendine, who I have known since 1983 when I was a freshman in college. While I am dismayed at the conduct that necessitates this letter, I am most willing to write to this Court as I feel it is important that a man be judged not solely for a bad decision that I can attest does not reflect the entirety of a man's character and a life of honorable deeds.

Please indulge me as I remember some of the reasons why I am writing this letter for it is the whole of the over 40 years I have known John that compels me to address the Court. I first met John in 1983 after I pledged his fraternity at Mercer University. He was a senior and when I first spent time with him. I was immediately impressed not only with his intellect, but his willingness to mentor and advise. When John left for law school the next year, I had limited contact with him until he heard I was thinking about law school, and he reached out to me to let me know if there is anything I needed to just let him know.

After I graduated law school, John, learning that I had opened a solo practice, again reached out to me to let me know if I needed any help or advice, that he and his father, the late Judge Oxendine, would be there however they could help. In those days as a struggling new lawyer, help they did. Not only did they take the time to answer legal questions and refer me clients, but John always followed up on his referrals both to make sure I did not need any help and to  check that I was representing the clients properly. It is telling of John's character that it did not matter how rich or poor these referred clients were, John was always concerned that I was doing all I could to help them…all of them.

Over the years I have come to know John not as a lawyer, not as a politician, but as a friend and mentor. John had a highly active government contracting practice focused on 8-A contractors.  He was proud to help businesses overcome obstacles for smaller minority owned concerns, and he understood them coming from a native American heritage which not many people recognized. He never wore that on his sleeve, but it shaped his understanding of people from all walks of life and instilled that every human being has an intrinsic value.  He strongly believes in the dignity and virtue of humanity.

When John decided to run for office, he asked me to come work with him at his law firm. I mostly worked with his 8-A clients, generally in litigation matters. He was instrumental in teaching me the ins and outs of federal court, as well as the intricacies of the various governmental boards hearing government contracting claims.  Many years after he left for the insurance commissioner's office, he would still check up on how his clients were doing, as they were not only his clients, but friends. His clients also cared deeply about him, not only as their lawyer but as their friend.

This brings me to a story….   I am an unabashed liberal. John was a "democrat" back in the day but switched parties back in the early 1990's like many other democrats. The day I heard about his switch he was coming over to our house for dinner. As he was about to walk in, he said and paraphrasing "I guess you heard I am now a republican, can I still come in" he joked.  My reply was I have always considered you one, to which he proudly said, "yes but I will always have an open mind and heart to all."  As he walked in, I knew he meant it.

This was something he never publicized, but he always kept true to that ideal. I saw it in the way he treated all his clients with dignity and respect. How he believed in justice, fairness, and opportunity and was steadfast in his mind that should apply equally to all. While he was insurance commissioner, he was most proud telling stories of consumers he helped, or how he helped curtail what I remember him calling evil practices by insurance companies. Behind all the politics and rhetoric, John was called to serve. While I know he loved the prestige of holding office, what he was most proud of was helping others.

Another quick anecdote…. I had stopped by the Insurance Commissioner's office to see my old legal assistant (yes, he took her from me to work at the department asking me first telling me he could give her more opportunities than a struggling solo practitioner could…so true). Waiting to see John, and they were quite early for their appointment, were several very high-ranking insurance executives coming to argue with John. To their shock, John called me into his office to chat with him and while they were impatiently waiting. John always made time for his friends.

I could go on and on with examples, but I know your time is valuable.  Let me boil down quite a few into one more story which each goes like this:  I met "____" person (a waiter at a restaurant, a cashier were I was shopping, etc.) and she has such and such problem.  Do you know who can help her?  While John's practice became more specialized, it never meant that stopped trying to find ways to help.

John is a proud man, perhaps his greatest flaw, but I know this experience has humbled him. I know from our many recent conversations that he is now seeing this as an opportunity to learn, grow and move into the next phase of his life.  I know how hard giving up his law license was for John especially it means in part he has lost one tool to help people. I also know that John will continue to find ways to positively impact both his friends and community in the future.

In closing, without reservation, I can say to this Court in all candors his misdeeds…his crimes, are not reflective of the man I know. When you look back at a person, their greatest mistake must be weighed against the whole of their life. On that scale John Oxendine ranks in my book as one of the good guys and I am proud to call him a friend. Thank you for your consideration.

Sincerely,

*/s/ Michael J. Lober*

Michael J. Lober

# NEIL W. PUTNAM
### ATTORNEY AT LAW

5805 State Bridge Road
Suite G346
Johns Creek, GA 30097

Office (404)768-3365
Email: neilputnamlaw@gmail.com

April 25, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303

RE:   Character Letter- Mr. John Oxendine

Dear Judge Jones:

John Oxendine has been a loyal and good friend of mine for more than twenty years. I am honored to say that he and his wife Ivy, asked me to be Jake's (their fourteen-year-old son) godfather at the time of his christening. I did not, nor do I now, take that responsibility lightly, especially at this critical time in Jake's formative years.

In 2019, my then wife of thirty-six years, decided to file for divorce. I was almost crushed, as were our two adult sons. I needed a friend. John and Ivy had their own busy lives, but they chose to give me their time, support and love. There were many nights that they asked me to come to their home to share a meal. John offered his emotional support, guidance and advice, not as an attorney, but as a loyal friend. I will always be grateful for his time and friendship.

John and I have a wide circle of mutual friends and acquaintances. Somewhat to my surprise, three or four of those people asked me how I could continue to associate myself with a man that finds himself in these circumstances. My response to these 'friends' is that I know John's heart. He is the kind of man who does not condition his friendship on a person's station in life or whether that person is experiencing his own problems. I intend to be the same friend to him.

Very truly yours,

Neil W. Putnam

Honorable Steve Jones,
U.S. District Court for the Northern District of Georgia,
75 Ted Turner Drive SW,
Atlanta, GA 30303

Dear Judge Jones,

We are writing this letter on behalf of John Oxendine, whom we have had the pleasure of
knowing as both a neighbor and a friend since 2021.

From the moment our family first considered moving into the neighborhood, John welcomed us
with open arms. His warm demeanor and genuine enthusiasm for the community immediately
made us feel at home. We vividly remember the day we first met John while touring our
prospective house. He took the time to introduce himself, sharing valuable insights about the
neighborhood and assuring us that it was a wonderful place for families. His kindness and
hospitality left a lasting impression on us.

Since then, John and his wife Ivy have become an integral part of our lives. Our evenings are
often filled with the joyful sound of our dogs playing together in the backyard, a testament to the
bond that John and we share as neighbors. Most afternoons, you can find John in his driveway or
yard, throwing a baseball or football with his son Jake. It's evident that he cares deeply for his
son, and their time together speaks volumes about his commitment to family.

On many occasions, we gather around the fire pit in our backyard, exchanging stories and
enjoying each other's company late into the night. These moments of camaraderie have fostered a
deep sense of community that we cherish deeply.

One particularly memorable occasion was when John attended our wedding in 2022. His
presence added to the joy of our special day, and we were grateful to share such a momentous
occasion with him.

Another instance that exemplifies John's character occurred when he went out of his way to
ensure that we felt included in the neighborhood's traditions and events. Before we even moved
in, John extended an invitation for us to attend the annual neighborhood holiday party,
demonstrating his thoughtfulness and generosity. His gesture not only eased our transition into
the neighborhood but also reinforced our belief that we had found a supportive and welcoming
community.

Through our interactions, we have come to admire John for his unwavering dedication to his
family and his selfless commitment to serving others. He consistently goes above and beyond to

lend a helping hand to those in need, embodying the true spirit of neighborliness and compassion.

In summary, we both wholeheartedly believe that John is a person of exemplary character, and we are grateful to have him as a neighbor and friend.

Sincerely,

Paris and Chris Riley

**PONKO**

May 29, 2024

Honorable Steve Jones,
U.S. District Court for the Northern District of Georgia,
75 Ted Turner Drive SW, Atlanta, GA 30303

     RE: U.S. v. John Oxendine

Dear Judge Jones:

     Before becoming CEO of Ponko Chicken, I spent most of my adult life as a Doctor of Chiropractic in DeKalb County. This is how I was first introduced to the Oxendine family. As an active leader in the Georgia Chiropractic Association, I first came to know James Oxendine when he was chairman of the Georgia Board of Worker's Compensation in the mid-1980s. I then continued my close relationship with Judge Oxendine when he became a judge on the Gwinnett County Superior Court. This is also when I first met John Oxendine as a young attorney just out of law school.

     Around 1990, the Georgia Chiropractic Association hired John Oxendine to represent it regarding numerous issues. John quickly became a major advocate for both chiropractors and their patients. He sincerely believed that patients should have the right to choose their type of healthcare professional whether it was a chiropractor or a medical doctor. During this time, he and I worked closely together on behalf of the Georgia Chiropractic Association. When he became the Insurance Commissioner of the State of Georgia in 1995, he continued to be a consumer advocate who always put the patient first. As Insurance Commissioner, his priority was always for the patient, and he always insisted on treating both chiropractors and medical doctors equally and not favoring any one profession over the other.

     Over the past 38 or so years I have observed John as he has always put his family, God, and the citizens which he served first. Anybody who has been in business, and often in the public eye, for so many decades sometimes makes decisions that they regret. However, my experience has shown me that these decisions are generally isolated incidences that do not define who a person truly is and what value they provide to the community that they serve. Such is clearly the case of John Oxendine; I have personally witnessed him repeatedly placing the interests of others above himself.

     Thank you very much, and I hope that this letter will give you a small insight into the heart of John Oxendine.

Sincerely,

Dr. Patrick J. Sallarulo
CEO and Chairman

# Stegenga + **PARTNERS**

**Architecture**

**Interior Design**

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Your Honor:

I am writing on behalf of Mr. John Oxendine.

My name is Paul W. Stegenga, AIA.  I am a practicing Architect, based in Alpharetta, Georgia, with professional licenses in 42 States.  I hold a Master of Architecture degree from the Georgia Institute of Technology (90).  I have been married to the former Kathrine Lynn Sullivan for twenty-five years, and have we raised three fine Christian young men.  Our oldest is currently at Mercer Law (2L), our Middle has started his business career in Bozeman, and our youngest is a Junior at the University of Georgia, Terry College of Business.  Sorry for talking about myself, I'm not very good at it, but if you want to know three things about me – these would be my three: my Family, my Faith, and my Profession.

*Side note: I too am a Zell Miller Appointee.*

Now about the character of John Oxendine.  I first met Mr. Oxendine when his father James Oxendine served on the Board of Annandale Village – Annandale Village is the only non-profit residential community in the entire southeastern United States that serves adults with developmental disabilities and acquired brain injuries at all levels of care throughout an individual's lifetime.

The point I'm making, is that while I have practiced in 42 States for thirty-years, and have interreacted with 42 separate State Fire Marshal-type offices, I will tell you unequivocally, Mr. Oxendine's organization and leadership at the SFM office is still felt today.  His organization, leadership, and mentoring of even the youngest employees – is why, I believe that when John left office, he left the absolute best SFM office in the Country.

Our professional practice has focused on buildings that serve people and purpose.  Our buildings improve and restore human life.  Mr. Oxendine's role as Insurance Commissioner was pivotal in improving and restoring the lives of countless Georgians.

Stegenga + **PARTNERS**
960 North Point Pkwy.
Suite 250
Alpharetta, GA 30005
Studio: 678.319.0091
snp-studio.com

My wife Kathy and I have known John and his family since 1994.  We live in Johns Creek while John and Ivy have lived in Peachtree Corners, and now Duluth.  My family belongs to Peachtree Corners Baptist Church (PCBC), where I served as the Chair of the Cornerstone Christian Academy for ten years, and on the Board for fifteen years.  We would visit with John and his family nearly every Sunday, after Church, at the local J. Alexander's restaurant, where everyone goes to eat!

John and I are also senior members of the Atlanta Athletic Club (AAC).  John could never really get into golf, but I used the PGA courses at The Club to court every hospital CEO and healthcare executive in Georgia.

It was after these rounds of golf at the AAC, we would spend time in the men's grill, talking about the putts we should have made, and sometime the state of Georgia's healthcare.  When John joined our conversations, he was always well-liked, well-informed, and sought input from these private-sector leaders. John has always had a desire to learn what 'worked' and to apply that wisdom to helping others.

Kathy and I supported John Oxendine in his bid for Governor in 2010.  I'm happy to share with you my opinions on the other candidates, privately, and why we still support Mr. Oxendine.   For this Character Testimony, I wanted to point out that many, many Georgians have been served by Mr. Oxendine's four-terms as Insurance Commissioner.  He is a stalwart of public service.

In closing, Mr. Oxendine is my personal friend and professional colleague. Exodus 23:1 says "You shall not spread a false report.  You shall not join hands with a wicked man to be a malicious witness".

In my thirty years of friendship with Mr. Oxendine, I continue to be a steadfast and unwavering friend and supporter.  Every interaction with John has been of the highest quality – not once even raising an eyebrow – and I know many people in my private and public circles who like and respect John.

I am always available to discuss these matters with the Court.

Sincerely,

Paul W. Stegenga, AIA
Architect

Paula Guy, RN
Telehealth Consultant
910 Cherokee Avenue
Waycross, GA 31501
912 550 9025

May 21, 2024

The Honorable Steve Jones. US District Court for Northern District of Georgia,
75 Ted Turner Drive SW,
Atlanta, GA 30303

Dear Judge Jones:

My name is Paula Guy. I am writing on behalf of John Oxendine.  John and I met in Spring of 2004, when I learned he was starting a Rural Health Telemedicine Initiative, having secured a grant from Wellpoint. I wanted him to know that we were already successfully providing telemedicine services through Southeast Public Health District. He immediately called to inquire about our services, and then we met over a telemedicine video when he was announcing his new initiative at the Medical College of Georgia. From that moment, we became close colleagues and great friends. He believed in me to help him with his passion and mission to get healthcare specialties to rural Georgia, and together we were successful in getting services to over seventy locations in the first year and in improving access to healthcare throughout the state. We saw lives saved from having access to neurologists who could diagnose strokes quickly. We saw the quality of life improve as we could now meet virtually with specialists at Emory, Piedmont, and the Medical College of Georgia to get help for children, for mothers with high-risk pregnancies, for those with mental health issues. Finally, after the fourteen months with Wellpoint, John guided us in setting up a not for profit, Georgia Partnership for Telehealth (which he named), using the remaining funds from the Wellpoint Grant because it was his desire to grow the network, to be sustainable, and to continue his passion and mission of helping people.

John Oxendine has always been Georgia's telehealth's encourager. Under his guidance and leadership, Georgia Partnership for Telehealth grew, gaining Alabama Partnership for Telehealth, and Florida Partnership for Telehealth, and then expanded into a worldwide network, Global Partnership for Telehealth, to include telemedicine in Africa, China, Honduras, Guatemala, Puerto Rico, Bermuda, and to over 1000 locations across the country. Thanks to John Oxendine, Global (Georgia)Telehealth is still a thriving not for profit to this day.

It is my honor to write this letter for John, my wonderful colleague and advisor.  I am thrilled that I got to be a part of his dream to bring telemedicine to Georgia, making good healthcare more accessible for our rural communities. He is a good man who has loved serving his state and community, and I am blessed to call him friend.

Sincerely,

Paula Guy

Paula Guy

CEO, Georgia (Global) Partnership for Telehealth (2004 thru 2018)

Philip A. Dunn
13 Princess Anne Rd.
Mobile, AL 36608

<u>June 1, 2024</u>

Honorable Steven C. Jones,
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Dear Judge Jones,

I am writing this letter as a character reference for my stepfather, John Oxendine. John has been in my life for over twenty years. I have almost no memories of my life without him. He served as one of my primary role models and motivated me to become a lawyer.

When I first learned what John was accused of, and then pleaded to, I was shocked. His conduct obviously implicates his character, but John is not a bad man.

John is one of the most compassionate, loving people anyone will meet. Although anecdotal, there were countless times during my childhood where John was approached in public places around the State by someone his office helped. In emotionally charged situations following catastrophes, John, and the office he led, brought peace-of-mind to Georgians who were suffering. This was due in no small part to John's capacity for compassion.

He cared deeply for those people, like he does his family. John loves his family above all other things on earth. He has sacrificed his time, health, and sanity for us. He is a patient man that tries to live a virtuous life filled with love for family and others.

That's John's most underappreciated quality, his patience. Over the years, John has consistently put his family first because of his ability to be patient and persevere. He does not always get the appreciation he deserves from us, yet, he will be there for any member of his family at the drop of a hat. He is a consistent father figure to me and my siblings, and a great husband to my mom. His ability to continue consistently loving and supporting his family is the result of uncommon patience for people.

I have been a direct beneficiary of John's character. There were several years of my life spent struggling into adulthood. Throughout that time, John was a constant. Being a stepfather, John was not obligated to show me the grace he did. Many stepparents do not so willingly lend it. But unlike most, he was unrelentingly empathetic and patient. He helped me learn and hold dear the value of hard work and service to others. John instilled in me perseverance that has led me to where I am today. Without him, I likely would not have turned myself around. And while I am still working on patience, I will continue to follow his example in that regard.

I hope that your Honor can see John for the man he truly is. Outside the confines of this case, his character is that of a man with a good heart. He actively pursues a life of love, empathy, patience, and kindness. John has always attempted to show me and my siblings what it means to live virtuously. Unfortunately, he fell far short of his own expectations in this instance. However, that shortcoming does not change my opinion of John's true character. I still love my stepfather very much and am proud to be his stepson. I am grateful for the lessons he has given me, both good and bad, and have taken the same to heart.

Lastly, I would like to thank your Honor for your service and to thank your staff for their work. I hope you will consider my letter with the imposition of your sentence, whatever it may be, and know that John is a better person than is presented to you.  I do not know when I will see my stepfather again, but I hope I am able to attend sentencing to show the Court my respect and John my support. If not, I pray this letter will suffice. He knows his error, and I know he is humbled before the Court.  Thank you for your attention, your Honor.


Sincerely,

/s/Philip A. Dunn_____

2

# RANDY HUDSON

May 14, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Dear Judge Jones,

Let me first introduce myself, my name is Randy Hudson, I am a retired professor from the University of Georgia. My wife and I live in Ocilla, Georgia. My wife, Mary Jo, is a retired schoolteacher. My dad, Newt Hudson, was in the Georgia legislature, it is there that I first met John Oxendine.

I am writing this letter to provide some insight into the character and person that I know of my friend, John Oxendine. I have known John Oxendine for nearly 40 years. The first years as a young politician in Georgia and later years as a friend and neighbor.

My experience with John was that of a very intelligent lawyer with a vision and an ambition to be involved and make Georgia great. I got to know John first as Insurance Commissioner.

In the early years, John entrenched himself in his community and then state governance. I watched John work to help and support those who were unable to help themselves. John was outspoken on the needs of Georgia and his community. He actively supported progressive ideas when they were not necessarily popular. John Oxendine has done more pro bono for neighbors and others who could not afford legal representation than anyone I know. I have personally observed his strong work ethic, his commitment to his state, the way he treats his neighbors, and the love he has for his family.  He has always conducted himself with dignity and displayed respect towards others.

In conclusion, all my experiences with John Oxendine have been positive and I have witnessed his willingness to lend a hand. His expertise can be of benefit to Georgia in many ways.

With kind regards,

Dr. Randy Hudson
Professor Emeritus
The University of Georgia

 229-425-2044    randy@hudsonpecan.com   PO Box 527
Ocilla, GA 31774



1800 Peachtree Rd, NW #508 Atlanta, GA 30309
Phone 404.876.4001 Fax 404.875.3845

Honorable Steve Jones
US District Court for the northern District of Georgia
75 Ted Turner Dr. SW.
Atlanta, GA 30303


I'm writing you on behalf of John Oxendine. I've known John for 25+ years. I want to tell you a story about my friendship with John, after he left Office. I called John to get advice when a contractor damaged my home in Morningside. The contractor cracked my foundation, and I had tremendous water and mold damage to my home. John listened to my story, then came out to the house to see the damage for himself.  His recommendations were invaluable. He made a difficult situation easier to understand and deal with. When I think of John Oxendine, I think of my story when somebody destroyed my home. Thank you for your time.


Best regards

Dr. John Kennedy



**ROBERT A. BURKICH, M.D., Dipl.**

148 Cobb Parkway • Ringgold, GA 30736 • Office (706) 891-1200 • Fax (706) 891-1202

May 16, 2024

Honorable Steve Jones,
U.S. District Court for the Northern District of Georgia,
75 Ted Turner Drive SW,
Atlanta, GA 30303

To The Honorable Steve Jones,

I (Robert Burkich MD) am writing on behalf of Mr. John Oxendine, whom I have known for over a decade. I can attest to John's outstanding character and integrity.

Throughout the years of our acquaintance, I have found John to be an individual of high moral standing, honesty, and trustworthiness.

His dedication to his commitments and his unwavering loyalty to his friends and family are qualities that set him apart. I have no hesitation in recommending John Oxendine and can confidently affirm that he possesses the qualities of a person of good character.

Sincerely,

Robert A. Burkich, M.D.

Board Certified • Chelation Therapy • Preventive Medicine / Nutrition • Anti-Aging • General Practice

May 28, 2024

Honorable Steven Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Dr. SW Atlanta, GA. 30303

The Honorable Steve Jones:

My name is Robert D. Evans I am writing this letter on behalf of my friend and former boss John W. Oxendine. I have known John for more than 20 years. I have a unique prospective in who John is as a person. I was his Aide for Five years while he was the Insurance Commissioner for the State of Georgia. John as Commissioner was always a Campion for the people. He always made sure they were taken care of during times of need. If it was a tornado, church and house fires or insurance problems his door was always open. If a problem arose within the state John would drop what he was doing to make sure the right resources were being used to take care of the situation. John wore many hats as the Insurance and Safety Fire Commissioner, Industrial Loan Commissioner, and the Comptroller General for the State of Georgia. John would always make sure the citizens of Georgia had a voice in their government. John's favorite saying was he worked for the people of Georgia and no one else.

In his personal life John would always try to be available for his family. Always tried to be home for dinner if possible. If he could not make it at least a phone call home, his wife Ivy and children were important part of his life. John and Ivy always made sure the children had what was needed to be successful and education was always the answer. His children have grown up and have become great adults. As a friend John would always ask if I was doing ok. Even after leaving the Department, we have stayed in touch over the years and to be available to see each other.

Sincerely,

Robert D. Evans

2025 Winsted Way
Marietta GA. 30062

(770-630-2132)



**SENIOR LIFE**
—— INSURANCE COMPANY ——

May 31, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, Georgia 30303

Dear Honorable Steve Jones,

I am writing to share my heartfelt appreciation for John Oxendine, whom I have had the privilege of knowing since 1989. In our initial encounter, John facilitated the acquisition of a life insurance company for myself and my father, emphasizing the importance of keeping the company domiciled in Georgia—a commitment we have upheld since 1989.

Throughout the years, John has consistently demonstrated unwavering support and fairness towards Georgia-domiciled insurance companies like ours. His dedication to fostering a conducive environment for both insurance providers and consumers in Georgia is truly commendable.

I vividly recall the seamless transition when we enlisted one of John's top insurance department employees to assist in the management of Senior Life. John's enthusiasm and support for both us and his employee were evident, setting a precedent for the professional relationships he cultivates.

Beyond his professional expertise, John has been a pillar of support during challenging times. In 2009, when I found myself paralyzed and hospitalized for an extended period, John's visits and words of encouragement provided immense comfort and strength to both me and my family. His unwavering presence during such a trying period left an indelible mark on me.

In both professional and personal capacities, John Oxendine exemplifies fairness, reliability, and compassion. His guidance has been instrumental to us, both during his tenure as an insurance commissioner and beyond. I have consistently turned to John for sound advice, benefitting from his wealth of knowledge and expertise.

In closing, I would like to express my deepest gratitude to John Oxendine for his ongoing support, counsel, and friendship. His contributions have made a lasting impact, not only on our business but on my personal journey as well.

Warm regards,

Ron

1 Senior Life Lane • Thomasville, GA 31792 • P.O. Box 2447 • Thomasville, GA 31799
229.228.6936 • Español: 877.868.1808 • 877.777.8808 • www.SeniorLifeInsuranceCompany.com



The Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

May 28, 2024

Honorable Steve Jones,

   Allow me to introduce myself. I am Scott Chatham, owner of Chatham Landscape Services, Inc. We are a full service, residential Landscape Company that has 70 plus teammates servicing Atlanta's finest residences since 2002. I am writing on behalf of my friend, John Oxendine. John and I have known each other for the past nine years. We met working out in our shared fitness club.

   John and I instantly became friends as we shared many of the same acquaintances. However, what really solidified our friendship was how he treated my daughter. He was instrumental in advising and encouraging her as she entered the University of Georgia with the goal of going on to Law School. He took time to explain the requirements and expectations of Law School when she was trying to decide which school to attend. She eventually chose to attend American University Law School, while working full time on Capitol Hill. John could not be more of a cheerleader for my daughter-talking with her whenever she comes back to Atlanta. A man that takes an interest in the wellbeing of another man's child will always be held in high regard.

Sincerely,

Scott Chatham

May 10, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

RE: Character Letter to Court

Dear Judge Jones,

I am writing this character letter to the court on behalf of John Oxendine. My name is Tammy Johnson Brewster. I am a former employee of John when he was the Insurance Commissioner for the State of Georgia. We met directly and handled several business affairs over the past 20 years. John was always encouraging educational growth and achievement for employees.

During the first year of my employment I learned that my son, Devan, was diagnosed with Autism. From that moment, John became a guilding light of information for my family. He was a champion for making sure that our laws and regulations addressed specific health concerns for Autism. He made sure that I was able to reach the people in departments and organizations that could help my son. He also introduced me to FMLA and how I could use that to ensure that I maintained my employment, performed to my highest abilities, finish college and care for my son.

John has been a supportive person for my family and others who have benefited from his constant work for the people, including myself. He is a good hearted man and willing to share his knowledge and experience with others. After leaving office, he has been in contact with me, checking on my family and even during the loss of my mother; he was there.

It is my sincere hope that you will take this character letter into consideration. John Oxendine may have been my boss in the insurance industry, but I would say he is a friend and I am thankful to have met him.

Warmest Regards,

Tammy Johnson Brewster

Tracy Barrett
1003 Pine Bark Crt
Atlanta, GA 30338

April 18, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Ref: John Oxendine

Dear Mr. Jones:

My name is Tracy Barrett and I am writing this letter on behalf of John Oxendine. I have been honored to know John for over twenty years as a friend, business associate and as a client. Our relationship began in 2001 when John was a public figure in the state of Georgia serving as the Insurance and Safety Fire Commissioner and I was a young accountant performing contracted examination work on behalf of the Department of Insurance. Our relationship was primarily professional and consisted of occasional interactions regarding status updates on services performed. As a young professional starting out, the mere thought of having these "briefing" type meetings kicked the anxiety up to new levels. However, I quickly realized John's public persona versus John's demeanor in our initial professional interactions were quite different. John was attentive, respectful and gracious for the work we were performing. From the beginning, I always appreciated the way John treated me with professionalism and appreciation.

Over the next ten years or so, John and I's professional interactions continued, and our personal relationship began to grow. From lunches and dinners at NAIC conferences, to holiday and election parties, I got to know John personally and began thinking of John as a friend. I witnessed John evolve and grow as a human being during this time. From the highs of meeting, dating and marrying Ivey to the lows of unsuccessfully winning the governorship election, John's character advanced. Losing the election was a humbling experience for John, but John grew from it. Along with having Ivey in his life and a new beginning outside of public office, John's demeanor began to soften, and his priorities shifted from public office ambitions to family with John and Ivey welcoming in their first child, Jake Oxendine. Around this time, our friendship became closer, and John and I started becoming good friends.

Over the past 14 years, our relationship entails traveling together for out-of-town business endeavors, collaborating on mutual clients, providing professional services for John and Ivey and consistently staying in touch socially through phone calls, luncheons, holiday parties and various other social events. During this time, I noted John's guarded persona from being in public office began to fade and John's demeanor became more relaxed. Our interactions become more casual and genuine. One of the characteristics I discovered and admire about John is his loyalty to his friends. Through thick and thin, I don't recall our friendship ever being in jeopardy because of life events. I personally owe John a great deal of gratitude over the years for lending an ear and advice regarding various matters occurring over the years. At no point did I ever feel as if John was being judgmental during our interactions. I soon

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
Page 2

realized being nonjudgmental was another quality of John's.  In all our interactions socially and professionally, I do not recall John making any significant derogatory remarks about any of our mutual friends, acquaintances or even people publicly known.  If our conversation involved discussing someone that was doing well, John was happy for them, if we discussed someone that was not doing well, John was concerned and usually indicated that he was going to reach out to them.  In a nutshell, my personal experience with John is that he is genuinely happy for folks doing well and does not enjoy when someone is down.  I personally find this characteristic important and rare.

Please feel free to reach out to me with any inquiries or further requests regarding John Oxendine's character.  I can be reached via phone at 404.250.4588 or via email at tbarr7777@gmail.com.

Sincerely,

Tracy Barrett

# WESLEY C. DUESENBERG, JR.

Honorable Steve Jones,
U.S. District Court for the Northern District of Georgia
75 Ted Turner Dr.
Atlanta, Ga 30303

I have been asked to write to you on behalf of John Oxendine.

My name is Wes Duesenberg, Jr and I am retired from the Insurance business in Atlanta, Georgia.

I met John Oxendine in 1994, when he was considering running for the office of Insurance and Fire Safety Commissioner.   He was by far the best candidate running and was thereby elected to serve as the Commissioner.  He subsequently served four terms from 1995-2011.

During his administration is when I got to know him and when I had occasions to be with him on a professional basis, he always upheld the insurance laws of the state of Georgia and always handled himself in a professional manner and delt with any issues equitably and justifiably for interests of the citizens of Georgia.  When appropriate, he was also firm and fair in dealing with Insurance Companies.

Thank you for taking my comments into consideration.

Sincerely,

Wesley C. Duesenberg, Jr.

May 30, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Dear Judge Jones,

My name is William (Cliff) Lorick. I am writing to you on behalf of John Oxendine upon whom you will be passing sentence for his misdeeds. While I do not know the specifics of the events for which he and others were on trial, I am very familiar with past events that I believe cast John in a very different light.

I have known John for almost exactly thirty years, having served as campaign manager for his first run for the office of the Commissioner of Insurance in 1994. John and I maintained business, social and political friendships in the decades since, and while there are many anecdotes to share with you that makes me know a man different from the one appearing before you, the most salient – and revealing – one was during my role as Deputy Commissioner of Insurance during John's first year in office. One of my duties was overseeing the Consumer Services division. The work these professionals did daily on behalf of Georgians struggling with an insurer was remarkable and touching. And it was the division to which John gave most of his attention. One case in particular lives with me to this day – almost literally.

A lady by the name of Anda Boyd (permission was granted to use her name) – a long time friend of my wife dating back to high school days – reached out to my wife in desperation. She had a tumor on her spinal stem and was being denied the care she needed by her health insurer and could I have Consumer Services intervene on her behalf. I was happy to oblige.

It quickly became obvious to the agent to whom the case was assigned that the insurer – while wrong on the issues – was intransigent. The case was bumped up to our Director of Consumer Services who ran into the same stone wall. I then took the case to John, who immersed himself in the proceedings-to-date, then moved mountains to get the insurer in line and approve the medical care necessary for Ms. Boyd.

The good news is, because of Commissioner Oxendine's empathy and determination, Ms. Boyd is alive and well today. Shortly after her surgery and follow-up treatment, she called my wife to say "thank you" and to share her belief that Commissioner Oxendine saved her life. And to this day, when Anda and my wife talk, she reminds my wife of that fact, which is why I say it lives with me to this day.

While subsequent years and events have seen some wrong turns, I know there is more good in John than not.

Obviously this letter does not directly relate to the facts of this case, but perhaps this personal recollection helps paint a broader picture of the man before you. To that end, I hope and trust this may be useful to you in some way in the days and weeks to come.

Thanking you for your time and consideration, I remain

Sincerely,

William C. Lorick
404-358-5460
cliff.lorick@gmail.com



830 Mulberry Street
Suite 201
Robert E. Lee Building
Macon, GA 31201

Telephone: 478.745.7700
Facsimile: 478.745.4888
www.lddlawyers.com

June 10, 2024

**Honorable Steve C. Jones**
**Richard B. Russell Federal Building**
**and United States Courthouse**
**75 Ted Turner Dr.**
**Atlanta, GA 30303**

Dear Judge Jones,

In 1982, I was a sophomore at Mercer University. One day, I came across a student in pressed dress slacks and a button down, reading two books at once. I approached him and asked how he was able to focus on both. He explained that he was translating the Iliad back into Greek using a Greek-to-English dictionary. This was the first of my many encounters with John Oxendine. Later that year he joined my fraternity, and we've been close friends ever since.

In the fall of 1982, John was able to convince me and a dozen of our fraternity brothers to get out of bed at 8:00am on a Saturday morning, dress in coats and ties, and hold signs he'd stayed up all night painting. Joe Frank Harris was on the campaign trail for Governor, flying into cities across the state to speak. We cheered and waved signs for the local news cameras. Spread out to look as numerous as possible (just as John taught us).

After undergrad, I followed John to law school at Mercer. He was two years ahead of me and taught me how to study for the Bar exam. Without his advice, I've no doubt I would've failed the examination the first time around.

I supported John in all his campaigns for Insurance Commissioner as well as his run for Governor. After that race, he came back to his true love, practicing law. I worked on cases and clients with him and helped him relearn the practice of law. We had lots of success in our cases and worked together to bring restitution to thousands of clients.

I saw how incredibly proud he was when his wife Ivy entered law school at Georgia State, and how happy he became to work side by side with her every day.

John's family is everything to him, and he is extremely proud of each one of them. I've attended birthday parties, weddings, and funerals with John. I am honored to call him a great friend and colleague.

John made a terrible mistake that has caused him already to retire his bar license, and the notoriety of these charges has brought a tremendous amount of pain to his family. John's situation reminds me of the lyrics to the song *No Man Is an Island*.

*No man is an island*
*No man stands alone*
*Each man's joy is my joy*
*Each man's grief is my own.*

John's life and reputation will not come out of this situation unmarred. However, he will come out of it with his family and friends steadfastly intact, looking forward to the next remarkable journey his life has to offer.

Yours Very Truly,

*William Gregory Dobson*

William Gregory Dobson, Esq.

**William M. Arowood**
204 Sailview Drive
Clinton, TN 37716
865-603-3225

June 26, 2024

Honorable Steve Jones
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

My name is William M. Arowood. I am the owner of various companies relating to the insurance industry of which I have over 40 years of experience. I am writing to offer a character reference for John Oxendine. I have known John for over 20 years and during this time have had the privilege of associating with him on both a personal and professional level. I feel compelled to share my observations of his character based on our extensive interactions.

Throughout the years, our companies have utilized John for his vast legal and insurance knowledge of regulatory and compliance issues. He was invaluable in re-domesticating one of our insurance carriers to another state. He has aided our companies in licensing and regulatory issues for the insurance company, insurance agency and PEO. He has helped navigate our companies through complex court litigation and financial issues. During this time, he has consistently exhibited a character of integrity through his actions and contributions. His professionalism is of the highest caliber.

In the 1980s, my father was on the board of a local savings bank and was caught up in the savings and loan crisis and convicted of a felony. Under federal law, Mr. Arowood was barred from participation in the insurance industry unless he received a waiver from a state insurance regulator. At the time, John did not know either my father or myself. But he agreed to sit down with us to hear his story. John listened with an open mind. After my father met John and his staff, John stated he would investigate the matter and let him know of his decision. After thorough research of the case for several months, John decided that my father was not a threat to the insurance consumers and that it would be best to show Christian grace and charity. He granted my father a waiver which allowed him to reinter the insurance industry. Even though federal law only required a waiver by one state insurance regulator, insurance regulators in two additional states followed his example and issued waivers. This allowed Mr. Arowood to continue to support his family.

On a personal note, I have interacted both with John and his family. John has always shown loyalty and integrity as a friend, husband, and father. He has always taken an active role in

his children's development and has maintained a stable environment in which to do so. His belief in God has had a critical role in his family life.

It is my sincere hope that the court takes this letter into consideration. I hope the court will consider John's genuine remorse and positive contributions when deciding the outcome of this matter.

Sincerely yours,

William M. Arowood